UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
ANN ARBOR DIVISION

CASE NO.:  5:26-cv-10837

FLYLAND DESIGNS, INC,

        Plaintiff,

v.

HAWKS ENTERPRISES LLC,

        Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff FLYLAND DESIGNS, INC by and through its undersigned counsel, brings this Complaint against Defendant HAWKS ENTERPRISES LLC for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff FLYLAND DESIGNS, INC ("Flyland") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 1202, to copy and distribute Flyland's original copyrighted Works of authorship after removal of its copyright management information ("CMI").

2. Flyland is a Pennsylvania-based graphic artist studio founded in 2006 by Brian Allen ("Allen"). Allen is a freelance artist, illustrator and creative director

who has worked with a variety of brands such as Activision, Marvel, Adult Swim, Metallica, Hulk Hogan, Chick-Fil-A, Harley Davidson, Hard Rock Cafe, MTV, and many more. Allen is reknown for his work designing Gritty, the Philadelphia Flyers mascot that became an internet phenomenon.  Allen creates artworks for advertising agencies, music bands, apparel companies, restaurants, motorcycle graphic distributors, packaging design firms, start-ups, magazines, and publishers. Flyland operates as the exclusive licensor of Allen's artwork.

3. Defendant HAWKS ENTERPRISES LLC ("Hawks") is a Michigan based company specializing in custom automotive decals, rally stripes, emblems, and patriotic graphics.  At all times relevant herein, Hawks owned and operated the website and online marketplace accounts located at the URLs shown in **Exhibit 3** attached hereto (the "Websites").

4. Flyland alleges that Defendant copied Flyland's copyrighted Works from the internet in order to advertise, market and promote its business activities. Defendant committed the violations alleged in connection with its business for purposes of advertising and promoting the sale of infringing products to the public in the course and scope of the Defendant's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Michigan.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. Hawks Enterprises LLC is a Michigan Limited Liability Company, with its principal place of business at 6779 W Munger Rd, Onsted, MI 49265, and can be served by serving its Registered Agent, Derek Dawson, 6779 W Munger Rd, Onsted, MI 48265.

## THE COPYRIGHTED WORKS AT ISSUE

10. The below table details the Copyright Titles, Registration Numbers and Registration Issue Dates of the works of intellectual property at issue in this case, one of which is shown below, and which are referred to herein as the "Works." Copies of the Works and copies of the Registration Certificates are attached hereto as **Exhibit 1**.

| Title | Registration Date | Registration Number |
|---|---|---|
| These Colors Don't Run | July 31, 2023 | VA 2-366-098 |

| Title | Registration Date | Registration Number |
|---|---|---|
| Purple Heart Eagle and Flag | April 13, 2022 | VA 2-299-680 |
| Love it or Leave it | April 13, 2022 | VA 2-299-676 |
| Firefighter Skull | November 27, 2023 | VA 2-381-660 |
| Eagle and Guns | July 28, 2023 | VA 2-366-035 |
| Eagle with US Flag and Wings Spread | April 12, 2018 | VAu 1-346-502 |
| Army Eagle Decal | April 13, 2022 | VA 2-299-679 |
| Eagle and Flag | April 12, 2018 | VA 2-105-725 |



11. At the time Flyland publicly displayed the Works, Flyland applied CMI to the Works consisting of a copyright notice, the Flyland Designs logo, Brian Allen's signature, and/or a watermark of "Brian Allen - Flyland Designs.com."

12. At all relevant times Flyland was the owner of the copyrighted Works.

## INFRINGEMENT BY DEFENDANTS

13. Defendant has never been licensed to use the Works for any purpose.

14. On a date after the Works at issue in this action were created, but prior to the filing of this action, Defendant copied the Works.

15. On March 20, 2023, Flyland discovered the unauthorized use of its Works on the Websites.

16. Defendant copied Flyland's copyrighted Works without Flyland's permission.

17. After Defendant copied the Works, it made further copies and distributed the Works on the internet to promote the sale of infringing goods as part of its custom decal business.

18. Defendant copied and distributed Flyland's copyrighted Works in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products.

19. Defendant committed copyright infringement of the Works as evidenced by the documents attached hereto as **Exhibit 2**.

20. Flyland never gave Defendant permission or authority to copy, distribute or display the Works for any purpose.

21. Flyland notified Defendant of the allegations set forth herein on July 27, 2023. To date, the parties have failed to resolve this matter.

22. Defendant's unauthorized use of the Works continues to this day despite Defendant acknowledging receipt of Planitiff's cease and desist notice almost three years ago.

23. When Defendant copied and displayed the Works, Defendant removed Flyland's CMI from the Works.

24. Flyland never gave Defendant permission or authority to remove CMI from the Works.

## COUNT I
## COPYRIGHT INFRINGEMENT

25. Flyland incorporates the allegations of paragraphs 1 through **Error! Reference source not found.** of this Complaint as if fully set forth herein.

26. Flyland owns valid copyrights in the Works.

27. Flyland registered the Works with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28. Defendant copied, displayed, and distributed the Works and made derivative reproductions of the Works for public display and distribution without Flyland's authorization in violation of 17 U.S.C. § 501.

29. Defendant performed the acts alleged in the course and scope of its business activities.

30. Defendant's acts were willful.

31. Flyland has been damaged.

32. The harm caused to Flyland has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

33. Flyland incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

34. The Works at issue in this case contain CMI.

35. Defendant knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Works at issue in this action in violation of 17 U.S.C. § 1202(b).

36. Defendant committed these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Flyland's rights in the Works at issue in this action protected under the Copyright Act.

37. Defendant caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Flyland's rights in the Works at issue in this action protected under the Copyright Act.

38. Flyland has been damaged.

39. The harm caused to Flyland has been irreparable.

WHEREFORE, the Plaintiff FLYLAND DESIGNS, INC. prays for judgment against the Defendant HAWKS ENTERPRISES LLC that:

    a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

    b. Defendant be required to pay Flyland its actual damages and Defendant's profits attributable to the infringement, or, at Flyland's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

    c. Flyland be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Flyland be awarded pre- and post-judgment interest; and

    e. Flyland be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Flyland hereby demands a trial by jury of all issues so triable.

Dated: March 12, 2026   Respectfully submitted,

*/s/ J. Campbell Miller*
J. CAMPBELL MILLER
Bar Number: 38279-49
campbell.miller@sriplaw.com

**SRIPLAW, P. A.**
742 South Rangeline Road
Carmel, Indiana 46032
332.600.5599 – Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN
Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Flyland Designs, Inc*